UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFERY SHEPHERD,

    Plaintiff,

vs.

    Case No. 19-CV-12126
    HON. GEORGE CARAM STEEH

RESURGENT CAPITAL
SERVICES, LP,

    Defendant.
_____/

ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT OR INVOLUNTARY DISMISSAL (ECF No. 9)

Pro se Plaintiff Jeffery Shepherd brought this action in small claims court in the 36th Judicial District claiming violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*, the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.*, and defamation alleging that defendant failed to verify that he was obligated to pay a debt. Defendant Resurgent Capital Services, LP removed on the basis of federal question jurisdiction. Now before the court is Defendant's motion for summary judgment or in the alternative, or for involuntary dismissal for Plaintiff's failure to prosecute under Federal Rule of Civil Procedure 41(b). Plaintiff has not responded to the motion and the time period for doing so has expired.

Moreover, Plaintiff made no Rule 26(a) disclosures, witness disclosures, or discovery requests, and failed to respond to Defendant's written discovery requests. Discovery is now closed. For these failures and Plaintiff's failure to respond to Defendant's dispositive motion, Defendant's motion to dismiss for Plaintiff's failure to prosecute (ECF No. 9) is GRANTED.

**IT IS SO ORDERED**.

Dated: April 8, 2020

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on April 8, 2020, by electronic and/or ordinary mail.

s/Brianna Sauve
Deputy Clerk